## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 24-50041 (KBO) |
| CARDINAL HEALTH, INC., | **Related Adv. D.I.:** 14 |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF NOTICE OF SERVICE

Please be advised that on May 10, 2024, George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, the above-captioned plaintiff (the "Plaintiff"), filed the *Notice of Service* [Docket No. 14]. The Plaintiff hereby withdraws the Notice of Service.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Dated:  May 10, 2024

**SAUL EWING LLP**

By:*/s/ Paige N. Topper*
      Evan T. Miller (DE Bar No. 5364)
      Paige N. Topper (DE Bar No. 6470)
      1201 N. Market Street, Suite 2300
      Wilmington, DE 19801
      Telephone:  (302) 421-6800
      evan.miller@saul.com
      paige.topper@saul.com

      and

      Michelle G. Novick (admitted pro hac vice)
      161 North Clark Street, Suite 4200
      Chicago, IL 60601
      Telephone: (312) 876-7899
      michelle.novick@saul.com

      and

      Turner N. Falk (admitted pro hac vice)
      1500 Market Street, 38th Floor
      Philadelphia, PA 19102
      Telephone: (215) 972-8415
      turner.falk@saul.com

      *Counsel to Plaintiff*