**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the<br>bankruptcy estates of Akorn Holding Company<br>LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH, INC.,<br><br>Defendant. | Adv. Proc. No. 24-50041 (KBO)<br><br>**Related Adv. D.I.:** 13 |

**NOTICE OF SERVICE**

I, Paige N. Topper, hereby certify that on May 10, 2024, a copy of the *Order*

*Extending the Time for Defendant to Answer, Move or Otherwise Respond to the Complaint*

[Adv. D.I. 13] was served via First Class Mail or E-Mail on the parties below.

| | |
|---|---|
| *First Class Mail*<br>Cardinal Health, Inc.<br>Attn: Jessica L. Mayer, CLCO<br>OR<br>Officer, Managing or General Agent or Agent<br>7000 Cardinal Place<br>Dublin, Ohio 43017 | *First Class Mail*<br>Cardinal Health, Inc.<br>c/o CT Corporation System<br>4400 Easton Commons Way,<br>Suite 125<br>Columbus, OH 43219 |

---

[1]     The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax
identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC
(6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605
CenterPoint Court, Gurnee, Illinois 60031.

| | |
|---|---|
| ***E-Mail***<br>Chiesa Shahinian & Giantomasi PC<br>Attn:  Terri J. Freedman & Scott A. Zuber<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>Email: tfreedman@csglaw.com<br>szuber@csglaw.com | |

**SAUL EWING LLP**

By: */s/ Paige N. Topper*

Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone:  (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Michelle G. Novick (admitted pro hac vice)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Turner N. Falk (admitted pro hac vice)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8415
turner.falk@saul.com

*Counsel to Plaintiff*

Dated: May 10, 2024

52279637.1 05/10/2024