IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al*<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING
AMENDED NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
JUNE 5, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME)**

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as Chapter 7 Trustee in the above-captioned matter, hereby certify that on June 4, 2024 the *Amended Notice of Agenda of Matters Scheduled for Hearing on June 5, 2024 at 9:30 a.m. ET* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

I further certify a copy of the Notice was served via email on the parties identified on the service list attached hereto as Exhibit "A".

Dated: June 4, 2024
   Wilmington, Delaware

                 COZEN O'CONNOR

                By: */s/ John T. Carroll, III*
                   John T. Carroll, III (DE No. 4060)
                   1201 N. Market Street
                   Suite 1001
                   Wilmington, DE  19801
                   (302) 295-2028 Phone
                   (302) 295-2013 Fax No.
                   jcarroll@cozen.com

                   *Counsel to George L. Miller,
                   Chapter 7 Trustee*

# EXHIBIT "A"

# SERVICE LIST

| **Counsel to Cardinal Health Inc. et al**<br>**Adv. No. 24-50041 (KBO)** | |
|---|---|
| Terri J. Freedman, Esq.<br>Scott A. Zuber, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | tfreedman@csglaw.com;<br>szuber@csglaw.com; |

| **Counsel to McKesson Corporation and its affiliates**<br>**Adv. No. 24-50042 (KBO)** | |
|---|---|
| Jason C. Powell, Esq.<br>The Powell Firm, LLC<br>1813 N. Franklin Street<br>Wilmington, DE 19899 | jpowell@delawarefirm.com; |
| Steven H. Winick, Esq.<br>Buchalter<br>425 Market Street<br>San Francisco, CA 94105 | swinick@buchalter.com; |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612 | jgarfinkle@buchalter.com; |

| **Counsel to Cencora, Inc.**<br>**Adv. No. 24-50043 (KBO)** | |
|---|---|
| Klehr Harrison Harvey Branzburg LLP<br>Morton R. Branzburg, Esq.<br>Michael W. Yurkewicz, Esq.<br>919 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801 | mbranzburg@klehr.com;<br>myurkewicz@klehr.com; |