## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH, INC.,<br><br>Defendant. | Adv. Proc. No. 24-50041 (KBO)<br><br><u>Obj. Deadline</u>: 9/5/2024, at 4:00 p.m. (ET)<br><u>Hearing Date</u>: 9/17/2024 at 10:00 a.m. (ET) |

## NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING THE SETTLEMENT BETWEEN THE TRUSTEE AND <u>CARDINAL HEALTH, INC.</u>

**PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 trustee (the "<u>Trustee</u>") of the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC, has filed the *Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement between the Trustee and Cardinal Health, Inc.* (the "<u>Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>"), by **September 5, 2024, at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>"). At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **September 17, 2024, at 10:00 a.m. (ET)** before the Honorable Karen B. Owens, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

Dated: August 22, 2024
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone:  (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Michelle G. Novick (admitted *pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8415
turner.falk@saul.com

*Counsel to Plaintiff*