# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br>**Re: Docket No. 935** |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH, INC.,<br><br>Defendant. | Adv. Proc. No. 24-50041 (KBO)<br><br>**Re: Adv. Docket No. 29** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING THE SETTLEMENT BETWEEN THE TRUSTEE AND CARDINAL HEALTH, INC.**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Cardinal Health, Inc.* [D.I. 935; Adv. D.I. 29] (the "Motion"), filed on August 22, 2024. The undersigned further certifies that, after reviewing the Court's docket in these cases, no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than September 5, 2024 at 4:00 p.m. (ET).

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

52977948.1 09/06/2024

It is hereby respectfully requested that an order approving the Motion be entered at the Court's earliest convenience.

Dated: September 6, 2024　　　　　　　　　**SAUL EWING LLP**

　　　　　　　　　　　　　　　　By:　*/s/ Evan T. Miller*
　　　　　　　　　　　　　　　　　　　Evan T. Miller (DE Bar No. 5364)
　　　　　　　　　　　　　　　　　　　Paige N. Topper (DE Bar No. 6470)
　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2300
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 421-6800
　　　　　　　　　　　　　　　　　　　evan.miller@saul.com
　　　　　　　　　　　　　　　　　　　paige.topper@saul.com

　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　Michelle G. Novick (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　161 North Clark Street, Suite 4200
　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　Telephone: (312) 876-7899
　　　　　　　　　　　　　　　　　　　michelle.novick@saul.com

　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　Turner N. Falk (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　1500 Market Street, 38th Floor
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　Telephone: (215) 972-8415
　　　　　　　　　　　　　　　　　　　turner.falk@saul.com

　　　　　　　　　　　　　　　　　　　*Counsel to Plaintiff*