# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 17, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

## CONCLUDED MATTERS:

1. Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement between the Trustee and Cardinal Health, Inc. filed by George Miller, Chapter 7 Trustee; Adversary No. 24-50041 [Filed 8/22/2024; Adv. Docket No. 29]

   Related Documents:
   (a) Certification of No Objection; Adversary No. 24-50041 [Filed 9/6/2024; Adv. Docket No. 30]

   (b) Entered Order Approving the Settlement Between the Trustee and Cardinal Health, Inc.; Adversary No. 24-50041 [Filed 9/9/2024; Adv. Docket No. 31]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

| | |
|---|---|
| <u>Objection Deadline:</u> | September 5, 2024 at 4:00 p.m. |
| <u>Responses Received:</u> | None |
| <u>Status:</u> | This matter is concluded.  Order has been entered by the Court. |

**CONTESTED MATTERS GOING FORWARD:**

2. Defendants' Motion to Dismiss Complaint filed by McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc.; Adversary No. 24-50042
[Filed 6/3/2024; Adv. Docket No. 19]

  <u>Related Documents</u>:

  (a) Memorandum of Law in Support of Defendants' Motion to Dismiss; Adversary No. 24-50042
[Filed 6/3/2024; Adv. Docket No. 20]

  (b) [SEALED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims; Adversary No. 24-50042
[Filed 4/15/2024; Adv. Docket No. 1]

  (c) [SEALED] Exhibit(s) Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims; Adversary No. 24-50042
[Filed 4/15/2024; Adv. Docket No. 2]

  (d) [REDACTED]) Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims; Adversary No. 24-50042
[Filed 4/18/2024; Adv. Docket No. 11]

  (e) Order Authorizing the Trustee to File Portions of the Complaint and Exhibits A-1 and A-2 to the Complaint Under Seal; Adversary No. 24-50042
[Filed 5/7/2024; Adv. Docket No. 13]

 (f) Request for Oral Argument filed by McKesson Corporation, McKesson Medical-Surgical, Inc., McKesson Specialty Care Distribution LLC; Adversary No. 24-50042
[Filed 7/1/2024; Adv. Docket No. 32]

 (g) Request for Oral Argument filed by George Miller, Chapter 7 Trustee; Adversary No. 24-50042
[Filed 7/1/2024; Adv. Docket No. 33]

 (h) Request for Oral Argument filed by McKesson Corporation, McKesson Medical-Surgical, Inc., McKesson Specialty Care Distribution LLC; Adversary No. 24-50042
[Filed 7/2/2024; Adv. Docket No. 34]

 (i) Notice of Completion of Briefing filed by McKesson Corporation, McKesson Medical-Surgical, Inc., McKesson Specialty Care Distribution LLC; Adversary No. 24-50042
[Filed 7/3/2024; Adv. Docket No. 35]

<u>Objection Deadline:</u> June 17, 2024 at 4:00 p.m.

<u>Responses Received:</u>

 (j) Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss filed by George Miller, Chapter 7 Trustee; Adversary No. 24-50042
[Filed 6/17/2024; Adv. Docket No. 28]

 (k) McKesson Corporations' Reply to Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss; Adversary No. 24-50042
[Filed 6/25/2024; Adv. Docket No. 29]

<u>Status:</u> This matter is going forward.

Dated: September 13, 2024
   Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
  John T. Carroll, III (DE Bar No. 4060)
  1201 N. Market Street
  Suite 1001
  Wilmington, DE 19801
  (302) 295-2028 Phone
  jcarroll@cozen.com

  *Counsel to George L. Miller,*
  *Chapter 7 Trustee*

3

-and-

Saul Ewing LLP
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street
Suite 2300
Wilmington, DE 19899
(302) 421-6800 Phone
evan.miller@saul.com
paige.topper@saul.com

Michelle G. Novick
(admitted *pro hac vice*)
161 North Clark Street
Suite 4200
Chicago, IL 60601
(312) 876-7899 Phone
michelle.novick@saul.com

Turner N. Falk
(admitted *pro hac vice*)
1500 Market Street
38th Floor
Philadelphia, PA 19102
(215) 972-8415 Phone
turner.falk@saul.com

*Special Counsel to George Miller, Chapter 7 Trustee*